# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of　　　　　　　　　　　　　　　　　　　　　　Case Number: 1:12-cv-02391
Davis, et al. v. The Coca-Cola Company

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| | |
|---|---|
| NAME (Type or print) <br> Richard J. Burke | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Richard J. Burke | |
| FIRM <br> Complex Litigation Group, LLC | |
| STREET ADDRESS <br> 1010 Market St., Ste. 660 | |
| CITY/STATE/ZIP <br> St. Louis, MO 63101 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6255504 | TELEPHONE NUMBER <br> 314-880-7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |