# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:12-cv-02391 |
|---|---|
| Davis, et al. v. The Coca-Cola Company | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| NAME (Type or print) |
|---|
| Julie D. Miller |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Julie D. Miller |
| FIRM |
| Complex Litigation Group, LLC |
| STREET ADDRESS |
| 513 Central Ave., Ste. 300 |
| CITY/STATE/ZIP |
| Highland Park, IL 60035 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6297205 | 847-433-4500 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✔ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐