# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number:    1:12-cv-02391

Randall Davis, on Behalf of Himself and all Others Similarly Situated v.

The Coca-Cola Company

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

The Coca-Cola Company

| | |
|---|---|
| NAME (Type or print) | |
| Lynn H. Murray | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Lynn H. Murray | |
| FIRM | |
| Grippo & Elden LLC | |
| STREET ADDRESS | |
| 111 S. Wacker Drive | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6191802 | 312-704-7700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") No | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") Yes | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Yes | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") No | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. | |
| RETAINED COUNSEL                    APPOINTED COUNSEL | |