# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Randall Davis, on Behalf of Himself and all Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> The Coca-Cola Company, <br><br> Defendant. | ) ) ) ) ) Civil Action No. 1:12-cv-02391 ) ) Judge James B. Zagel ) ) ) ) ) ) |

## NOTICE OF MOTION

To: *See attached Certificate of Service*

     **PLEASE TAKE NOTICE** that on **Wednesday, May 9, 2012**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel, or any other Judge sitting in his stead, in Room 2503 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **DEFENDANTS' AGREED MOTION TO STAY PROCEEDINGS PENDING A RULING BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION,** copies of which are hereby served upon you.

Dated: May 3, 2012                              Respectfully submitted,

                                                         **THE COCA-COLA COMPANY,**

                                                       By: /s/ Claudia M. Rustad
                                                            One of Their Attorneys

Lynn H. Murray
Claudia M. Rustad
GRIPPO & ELDEN LLC
111 S. Wacker Drive
Chicago, IL 60606
(312) 704-7700
Fax: (312) 558-1195
lmurray@grippoelden.com
cmrustad@grippoelden.com

1336408.1

Of counsel:

PATTERSON BELKNAP WEBB & TYLER LLP
Steven A. Zalesin
Travis J. Tu
1133 Avenue of the Americas
New York, New York 10036
Phone: (212) 336-2000
Fax: (212) 336-2222

**CERTIFICATE OF SERVICE**

I, Claudia M. Rustad, an attorney, hereby certify that on May 3, 2012, I caused a true and correct copy of the attached **NOTICE OF MOTION** to be served electronically via the Court's ECF system upon the following registered counsel of record:

>Jeffrey A. Leon
>Jamie Elisabeth Weiss
>Julie D. Miller
>Complex Litigation Group LLC
>513 Central Avenue
>Suite 300
>Highland Park, IL 60035
>(847) 433-4500
>Email: jeff@complexlitgroup.com
>Email: Jamie@complexlitgroup.com
>Email: juliem@complexlitgroup.com
>
>David M. Sternfield
>Law Office of David M. Sternfield
>33 N. Dearborn St.
>Suite 300
>Chicago, IL 60602
>(312) 364-5500
>Email: dmslawoffice@yahoo.com
>
>Richard J. Burke
>Complex Litigation Group LLC
>1010 Market Street
>Suite 660
>St. Louis, MO 63101
>(314) 880-7777
>Email:
>Richard@complexlitgroup.com

/s/ Claudia M. Rustad

3

1336408.1