# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Randall Davis

                              Plaintiff,

v.                                                     Case No.: 1:12–cv–02391

                                                                Honorable James B. Zagel

Coca Cola Company

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 8, 2012:

        MINUTE entry before Honorable Charles P. Kocoras:Judge Zagel having ruled on defendant's motion (Doc [12]) to stay proceedings on 5/7/2012, hearing on said motion before Judge Kocoras on 5/9/2012 is stricken.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.