UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SIMPLY ORANGE ORANGE JUICE
MARKETING AND SALES PRACTICES
LITIGATION

MDL No. 2361

**FILED**
**6/25/2012**
**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

**12 C2391**

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –1)

**JUDGE ZAGEL**
**MAGISTRATE JUDGE NOLAN**

On June 11, 2012, the Panel transferred 1 civil action(s) to the United States District Court for the Western District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See __F.Supp.2d__ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Western District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Fernando J Gaitan, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Missouri and assigned to Judge Gaitan.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Western District of Missouri for the reasons stated in the order of June 11, 2012, and, with the consent of that court, assigned to the Honorable Fernando J Gaitan, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Missouri. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 20, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I HEREBY ATTEST AND CERTIFY ON 6/21/12
THAT THE FOREGOING DOCUMENT IS A FULL TRUE AND
CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

ANN THOMPSON
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
BY _____ DEPUTY

IN RE: SIMPLY ORANGE ORANGE JUICE
MARKETING AND SALES PRACTICES
LITIGATION

MDL No. 2361

### SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN | 2 | 12-00802 | Veal v. Minute Maid Company, The |
| ALN | 2 | 12-00803 | Veal v. Simply Orance Juice Company |
| **CALIFORNIA EASTERN** | | | |
| CAE | 2 | 12-00695 | Gonzalez v. Coca-Cola Company |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 12-02064 | Sovocool v. Coca-Cola Company, The |
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 12-00802 | D'Aloia et al v. Simply Orange Juice Company et al |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 12-02391 | Davis v. Coca Cola Company |