

**Thomas G. Bruton**
  CLERK

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

(312) 435-5691

June 25, 2012

Ms. Ann E. Thompson, Clerk
United States District Court
Charles Evans Whittaker
 United States Courthouse
400 East Ninth Street, Room 2710
Kansas City, MO 64106


**RE:  Simply Orange Orange Judice Marketing and Sales Practices Litigation**

**MDL No.    2361**

**USDC Case No.    12cv2391,  Davis vs. Cola Company.**


Dear Clerk:

Pursuant to the order entered by the MDL Panel on June 20, 2012, the above record

■       was electronically  transmitted to USDC for the Western District of Missouri.


Sincerely yours,
**Thomas G. Bruton, Clerk**


By:_____/s/ Thelma Murry-Sykes_
            Deputy Clerk


tlm